FILED

08 APR -2 PM 3:37

CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ECL   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>ANAEL VASQUES-DIAZ,<br>    aka Angel Vasquez-Diaz,<br><br>        Defendant. | Criminal Case No. '08 CR 1011 JM<br><br>NOTICE OF RELATED CASE |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Anael Vasques-Diaz, aka Angel Vasques-Diaz, Criminal Case No. 08CR0235-JM.

DATED: April 2, 2008.

KAREN P. HEWITT
United States Attorney

CAROLINE P. HAN
Assistant U.S. Attorney