1 | GERARD J. WASSON
California State Bar No. 166636
2 | Law Offices of Gerard Wasson
406 Ninth Avenue, Suite 311
3 | San Diego, California 92101
Telephone: (619)232-1081
4 | Facsimile: (619)232-2326

5 | gerard.wasson@sbcglobal.net

6 | Attorney for Mr. Anael Vasquez-Diaz

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JEFFREY T. MILLER)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR1011-JM |
| ) | |
| Plaintiff, ) | Date: May 23, 2008 |
| ) | Time: 11:00 a.m. |
| ) | |
| v. ) | |
| ) | NOTICE OF MOTIONS AND MOTIONS |
| ANAEL VASQUEZ-DIAZ, ) | (1) TO COMPEL FURTHER DISCOVERY; |
| ) | and |
| ) | (2) FOR LEAVE TO FILE FURTHER |
| Defendant. ) | MOTIONS |
| ) | |

TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY, and
       STEPHEN F. MILLER, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on Friday, May 23, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard, the defendant, Anael Vasquez-Diaz, by and through his counsel, Gerard J. Wasson, will ask this Court to enter an order granting the pretrial motions listed.

///

///

///

**MOTIONS**

The defendant, Anael Vasquex-Diaz, by and through his attorney Gerard J. Wasson, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves the Court for an order to:

1) compel further discovery; and
2) grant leave to file to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to the Court's attention at the time of the hearing on these motions.

Respectfully submitted,

/s/ Gerard J. Wasson

DATE: May 20, 2008         GERARD J. WASSON
                           Attorney for Mr. Anael Vasquez-Diaz