GERARD J. WASSON
California State Bar No. 166636
Law Offices of Gerard Wasson
406 Ninth Avenue, Suite 311
San Diego, California 92101
Telephone: (619)232-1081
Facsimile: (619)232-2326

gerard.wasson@sbcglobal.net

Attorney for Mr. Anael Vasquez-Diaz

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Crim. No. 08CR1011-JM |
| Plaintiff, | ) |
| v. | ) |
| | ) CERTIFICATE OF SERVICE |
| ANAEL VASQUEZ-DIAZ, | ) |
| Defendant. | ) |

IT IS HEREBY CERTIFIED THAT:

    I, GERARD J. WASSON, am a citizen of the United States and am at least eighteen years of age. My business address is 405 Ninth Avenue, Suite 311, San Diego California, 92101.

    I am not a party to the above-entitled action. I have caused service of Defendant's Notice of Motion and Motion to Compel Discovery, and Leave to File Further Motions on the following parties by electronically filing the foregoing with the clerk of the District Court using its ECF System, which electronically notifies them.

    Assistant United States Attorney stephen.miller@usdoj.gov

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 20, 2008.

    /s/   Gerard J. Wasson
    GERARD J. WASSON