1  GERARD J. WASSON
   CALIFORNIA BAR NO 166636
2  406 Ninth Avenue, Suite 311
   San Diego, California  92101
3  Telephone: (619) 232-0181

4  Attorney for Defendant Anael Vasquez-Diaz

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JEFFREY T. MILLER)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR1011-JM |
| Plaintiff, | ) ) ) | |
| v. | ) ) | MOTION FOR ORDER SHORTENING TIME TO FILE MOTION TO COMPEL FURTHER DISCOVERY |
| ANAEL VASQUEZ-DIAZ, | ) ) | |
| Defendant. | ) ) ) | |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, and
      STEPHEN F. MILLER, ASSISTANT UNITED STATES ATTORNEY

The defendant, Anael Vasquez-Diaz, by and through counsel, Gerard J. Wasson, hereby moves this Court for an order shortening time to file MOTION TO COMPEL FURTHER DISCOVERY AND FOR LEAVE TO FILE FURTHER MOTIONS on Tuesday, May 20, 2008.

The reason for this request is because Counsel has been recently appointed to this matter, having relieved Defendant's original appointed counsel, and had the erroneous assumption that Defendant's previous counsel hd already filed a motion for discovery.

DATED: May 21, 2008            /s/ Gerard J. Wasson
                               GERARD J. WASSON, ESQ.
                               Attorney for Anael Vasquez-Diaz

08CR1011-JM

GERARD J. WASSON
Attorney at Law
California Bar No. 166636
406 Ninth Avenue, Suite 311
San Diego, California 92101
Telephone: (619) 232-0181

Attorney for Defendant Anael Vasquez-Diaz

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANAEL VASQUEZ-DIAZ, ) <br> ) <br> Defendant. ) | Crim. No. 08CR1011-JM <br><br> CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, GERARD J. WASSON, am a citizen of the United States and am at least eighteen years of age. My business address is 406 Ninth Avenue, Suite 311, San Diego, California, 92101.

I am not a party to the above-entitled action. I have caused service of the Defendant Anael Vasquez-Diaz's Motion for Order Shortening Time to File his Motion to Compel Further Discovery and Leave to file Further Motions on the following parties by electronically filing the foregoing with the clerk of the District Court using its ECF System, which electronically notifies them.

Assistant United States Attorney   stephen.miller@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 21, 2008.

/s/   Gerard J. Wasson
GERARD J. WASSON, ESQ.