UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | Case No.08cr1011-JM |
| ) | |
| Plaintiff,        ) | |
| ) | |
| v.        ) | |
| ) | ORDER DENYING MOTION TO SHORTEN TIME |
| ANAWL VASQUEZ-DIAZ,        ) | |
| ) | |
| Defendant.        ) | |
| _____) | |

A Motion Hearing was scheduled in this matter on May 23, 2008. This hearing date has been continued to July 11, 2008. The last day for the parties to timely file motions prior to the original hearing date was *May 9, 2008*. Defendant filed his Motion to Compel Further Discovery on *May 21, 2008*. The document was accepted by the Court, albeit marked LATE. Therefore, even if the hearing date had not been continued, the Motion for an Order Shortening time is moot. Counsel is reminded to comply with the timely filing requirements delineated in the Federal Rules of Criminal Procedure and the Local Rules in the future.

**IT IS SO ORDERED.**

DATED: May 22, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge